**IN THE UNITED STATES BANKRUPTCY COURT**

FOR THE DISTRICT OF DELAWARE

In re: **IMPAC MORTGAGE HOLDINGS, INC., et al.,**Debtors.

**Case No. 26-10593 (CTG)**(Jointly Administered)

**Re: Docket No. 165**

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**PART 1: Identify the appellant(s)**
1. **Name(s) of appellant(s):** Waseem Zaka Naik
2. **Position of appellant(s) in the bankruptcy case:** Creditor / Interested Party / Contractual Borrower on Core Servicing Portfolio Asset.

**PART 2: Identify the subject of this appeal**
1. **Date the order or judgment appealed from was entered on the docket:** May 29, 2026
2. **Title of the order or judgment being appealed:** Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement and (II) Confirming the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof

**PART 3: State the election of tribunal (Statement of Election)**
Pursuant to 28 U.S.C. § 158(c)(1), **FRBP 8003**, and **FRBP 8005(a)**, the Appellant hereby files this Notice of Appeal as of right from a final order and explicitly elects to have this appeal heard by the **United States District Court for the District of Delaware**, rather than by the Bankruptcy Appellate Panel (BAP).

**PART 4: Signature of Appellant / Counsel**
Respectfully submitted,
Dated: June 11, 2026

**By:** /s/ Waseem Zaka Naik
**Waseem Zaka Naik**
22 Hanover Ct
Princeton, New Jersey 08540
609-379-2677
waseemnaik@gmail.com
*Creditor/ Appellant Pro Se*

# PROOF OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing *Notice of Appeal and Statement of Election* was served electronically via the Court's CM/ECF system upon all registered participants in Case No. 26-10593 (CTG), and via electronic mail/first-class mail upon the core restructuring entities below:

**Counsel for the Debtors:**
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
debertenthal@pszjlaw.com
tcairns@pszjlaw.com

Van C. Durrer, II, Esq.
Tania M. Moyron, Esq.
Dentons US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
van.durrer@dentons.com
tania.moyron@dentons.com

**Office of the United States Trustee:**
Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

/s/ Waseem Zaka Naik
**Waseem Zaka Naik**
*Creditor / Appellant Pro Se*

Generated: Jun 12, 2026 1:59PM

Page 1/1



# U.S. Bankruptcy Court

## Delaware Bankruptcy - Wilmington

Receipt Date: Jun 12, 2026 1:59PM

Waseem Z Naik

Rcpt. No: 10096244                     Trans. Date: Jun 12, 2026 1:59PM                     Cashier ID: #SP (6534)

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| AP | APPEAL | | 1 | 298.00 | 298.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | CREDIT | $298.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $298.00 |
| Total Tendered: | $298.00 |
| Total Cash Received: | $0.00 |

**Comments**: 26-10593

Exact change only.