## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| IMPAC MORTGAGE HOLDINGS, INC., | ) | Bankruptcy Case No.: 26-10593-CTG |
| | ) | Bankr BAP No. 26-00039 |
| Debtor. | ) | |
| _____ | ) | |
| WASEEM ZAKA NAIK, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-692-MN |
| | ) | |
| IMPAC MORTGAGE HOLDINGS, INC., | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## <u>ORDER</u>

At Wilmington, Delaware, this **10th day of July 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation;

WHEREAS based upon the arguments presented by the parties, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation.  The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE