IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>IMPACT MORTGAGE HOLDINGS, INC., *et al.,*<br><br>Debtor. | ) Chapter 11<br>) Case No. 26-10593 (CTG)<br>) (Jointly Administered)<br>)<br>)<br>) |
| WASEEM NAIK,<br><br>Appellant,<br><br>v.<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.,*<br><br>Appellee. | )<br>)<br>)<br>)<br>) Case No. 26-692 (MN)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington, this 14th day of July 2026;

WHEREAS, on July 10, 2026, Magistrate Judge Christopher J. Burke issued a Recommendation (D.I. 6) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before July 28, 2026, the parties shall submit a proposed briefing schedule.

_____

The Honorable Maryellen Noreika
United States District Judge

2